698 A.2d 61

**Alan HERTZBERG, Respondent,**

v.

**ZONING BOARD OF ADJUSTMENT OF the CITY OF PITTSBURGH**

v.

**MIRYAM'S, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 3, 1997.

---

478

## ORDER

PER CURIAM.

AND NOW, this 3rd day of September, 1997, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the evidence presented to the Zoning Board of Adjustment demonstrated the existence of an unnecessary hardship entitling petitioner to a variance and a special exception. This case is to be scheduled for oral argument.